B1 (Official Form 1)(04/13)

| United States Bankruptcy Court<br>**Northern District of Illinois** | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Moreno, Dianna** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all)<br>**xxx-xx-3434** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**11213 S. Myrtle St.**<br>**P.O. Box 993**<br>**Huntley, IL**                ZIP Code **60142** | Street Address of Joint Debtor (No. and Street, City, and State):                ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**McHenry** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):                ZIP Code | Mailing Address of Joint Debtor (if different from street address):                ZIP Code |

| Location of Principal Assets of Business Debtor<br>(if different from street address above): |
|---|

| **Type of Debtor**<br>(Form of Organization) (Check one box)<br><br>■ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☐ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities,<br>check this box and state type of entity below.) | **Nature of Business**<br>(Check one box)<br><br>☐ Health Care Business<br>☐ Single Asset Real Estate as defined<br>in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☐ Other | **Chapter of Bankruptcy Code Under Which**<br>**the Petition is Filed** (Check one box)<br><br>■ Chapter 7                ☐ Chapter 15 Petition for Recognition<br>☐ Chapter 9                    of a Foreign Main Proceeding<br>☐ Chapter 11<br>☐ Chapter 12              ☐ Chapter 15 Petition for Recognition<br>☐ Chapter 13                of a Foreign Nonmain Proceeding |
|---|---|---|
| **Chapter 15 Debtors**<br>Country of debtor's center of main interests:<br><br>Each country in which a foreign proceeding<br>by, regarding, or against debtor is pending: | **Tax-Exempt Entity**<br>(Check box, if applicable)<br><br>☐ Debtor is a tax-exempt organization<br>under Title 26 of the United States<br>Code (the Internal Revenue Code). | **Nature of Debts**<br>(Check one box)<br>■ Debts are primarily consumer debts,        ☐ Debts are primarily<br>defined in 11 U.S.C. § 101(8) as              business debts.<br>"incurred by an individual primarily for<br>a personal, family, or household purpose." |

| **Filing Fee** (Check one box)<br><br>■ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must<br>attach signed application for the court's consideration certifying that the<br>debtor is unable to pay fee except in installments. Rule 1006(b). See Official<br>Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must<br>attach signed application for the court's consideration. See Official Form 3B. | **Chapter 11 Debtors**<br>Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates)<br>are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter).*<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors,<br>in accordance with 11 U.S.C. § 1126(b). |
|---|---|

**Statistical/Administrative Information**                                        THIS SPACE IS FOR COURT USE ONLY
☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid,
there will be no funds available for distribution to unsecured creditors.

Estimated Number of Creditors

| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-<br>49 | 50-<br>99 | 100-<br>199 | 200-<br>999 | 1,000-<br>5,000 | 5,001-<br>10,000 | 10,001-<br>25,000 | 25,001-<br>50,000 | 50,001-<br>100,000 | OVER<br>100,000 |

Estimated Assets

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

Estimated Liabilities

| ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

B1 (Official Form 1)(04/13)                                                                                       Page 2

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Moreno, Dianna** |

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location Where Filed:  **- None -** | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor: **- None -** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | (To be completed if debtor is an individual whose debts are primarily consumer debts.) I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | **X   /s/ Gilbert R. Dizon**                          **September 15, 2014** Signature of Attorney for Debtor(s)                          (Date) **Gilbert R. Dizon 6230872** |

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

■ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
#### (Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
#### (Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(04/13) | Page 3

## Voluntary Petition

*(This page must be completed and filed in every case)*

Name of Debtor(s):
**Moreno, Dianna**

### Signatures

#### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** **/s/ Dianna Moreno**
Signature of Debtor  **Dianna Moreno**

**X** _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

**September 15, 2014**
Date

#### Signature of Attorney*

**X** **/s/ Gilbert R. Dizon**
Signature of Attorney for Debtor(s)

**Gilbert R. Dizon 6230872**
Printed Name of Attorney for Debtor(s)

**Dizon & Young, LLP**
Firm Name
**524 W. State St., Unit 2**
**Geneva, IL 60134**

_____
Address

**Email: ecf@dizonyoung.com**
**630-571-5670  Fax: 630-689-1302**
Telephone Number

**September 15, 2014**
Date
*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

#### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

#### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X** _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

#### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

**X** _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

B 1D (Official Form 1, Exhibit D) (12/09)

# United States Bankruptcy Court
## Northern District of Illinois

In re **Dianna Moreno**  Case No. _____

Debtor(s)  Chapter   **7**

# EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH
# CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]* ____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

B 1D (Official Form 1, Exhibit D) (12/09) - Cont.                                                    Page 2

&#9633; Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

&#9633; Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

&#9633; Active military duty in a military combat zone.

&#9633; 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:    **/s/ Dianna Moreno**
                        **Dianna Moreno**

Date:    **September 15, 2014**

B 6 Summary (Official Form 6 - Summary) (12/13)

# United States Bankruptcy Court
## Northern District of Illinois

In re   **Dianna Moreno**                                ,       Case No. _____

Debtor                                     Chapter _____**7**_____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 0.00 | | |
| B - Personal Property | Yes | 3 | 19,510.00 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 0.00 | |
| E - Creditors Holding Unsecured Priority Claims  (Total of Claims on Schedule E) | Yes | 2 | | 117.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 32 | | 147,879.74 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 2 | | | 3,101.69 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 2 | | | 3,715.00 |
| Total Number of Sheets of ALL Schedules | | 46 | | | |
| | | Total Assets | 19,510.00 | | |
| | | | Total Liabilities | 147,996.74 | |

B 6 Summary (Official Form 6 - Summary) (12/13)

.

# United States Bankruptcy Court
### Northern District of Illinois

In re     **Dianna Moreno**
                                                                                ,     Case No. _____
                                              Debtor

                                                                                      Chapter_____**7**_____

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐   Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | 0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | 117.00 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | 0.00 |
| Student Loan Obligations (from Schedule F) | 0.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | 0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | 0.00 |
| TOTAL | 117.00 |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 12) | 3,101.69 |
| Average Expenses (from Schedule J, Line 22) | 3,715.00 |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | 6,176.40 |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | 0.00 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | 117.00 | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | 0.00 |
| 4. Total from Schedule F | | 147,879.74 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | 147,879.74 |

B6A (Official Form 6A) (12/07)

.

In re    **Dianna Moreno**                                                                    ,     Case No. _____
                                                              Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
| --- | --- | --- | --- | --- |
| **None** | | | | |

|  |  |  |
| --- | --- | --- |
| Sub-Total > | 0.00 | (Total of this page) |
| Total > | 0.00 | |

__0__  continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                                                             Best Case Bankruptcy

B6B (Official Form 6B) (12/07)

In re    **Dianna Moreno**                                                              ,    Case No. _____
Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **JP Morgan Chase Bank Checking Acct.** | - | 100.00 |
| | | **JP Morgan Chase Bank Savings Acct.** | - | 10.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | **Misc. Household Goods and Furnishings** | - | 700.00 |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | | **Misc. Used Clothing** | - | 200.00 |
| 7. Furs and jewelry. | | **Misc. Costume Jewelry** | - | 100.00 |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |

Sub-Total >    **1,110.00**
(Total of this page)

__2__    continuation sheets attached to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re    **Dianna Moreno**                                         ,    Case No. _____
                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | | 401(k) | - | 17,000.00 |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |

Sub-Total >         **17,000.00**
(Total of this page)

Sheet  __1__  of  __2__  continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re   **Dianna Moreno**                                              ,   Case No. _____
                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **2003 Oldsmobile Alero Mileage - 100,000** | - | 1,400.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

|  |  |
|---|---|
| Sub-Total > | 1,400.00 |
| (Total of this page) | |
| Total > | 19,510.00 |

Sheet __2__ of __2__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

B6C (Official Form 6C) (4/13)

.

In re    **Dianna Moreno**                                                                                        Case No. _____
                                                            ,
                                                   Debtor

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:          ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                                  $155,675. *(Amount subject to adjustment on 4/1/16, and every three years thereafter*
☐  11 U.S.C. §522(b)(2)                                                              *with respect to cases commenced on or after the date of adjustment.)*
■  11 U.S.C. §522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit** | | | |
| **JP Morgan Chase Bank Checking Acct.** | **735 ILCS 5/12-1001(b)** | **100.00** | **100.00** |
| **JP Morgan Chase Bank Savings Acct.** | **735 ILCS 5/12-1001(b)** | **10.00** | **10.00** |
| **Household Goods and Furnishings** | | | |
| **Misc. Household Goods and Furnishings** | **735 ILCS 5/12-1001(b)** | **700.00** | **700.00** |
| **Wearing Apparel** | | | |
| **Misc. Used Clothing** | **735 ILCS 5/12-1001(a)** | **200.00** | **200.00** |
| **Furs and Jewelry** | | | |
| **Misc. Costume Jewelry** | **735 ILCS 5/12-1001(b)** | **100.00** | **100.00** |
| **Interests in IRA, ERISA, Keogh, or Other Pension or Profit Sharing Plans** | | | |
| **401(k)** | **735 ILCS 5/12-1006** | **17,000.00** | **17,000.00** |
| **Automobiles, Trucks, Trailers, and Other Vehicles** | | | |
| **2003 Oldsmobile Alero Mileage - 100,000** | **735 ILCS 5/12-1001(c)** | **1,400.00** | **1,400.00** |

|  | Total: | **19,510.00** | **19,510.00** |
|---|---|---|---|

__0__  continuation sheets attached to Schedule of Property Claimed as Exempt

B6D (Official Form 6D) (12/07)

In re  **Dianna Moreno**                                                    ,    Case No. _____
                                                                    Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

■  Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | | |
| Account No. | | | | | | | | | | |
| | | | | | Value $ | | | | | |
| Account No. | | | | | | | | | | |
| | | | | | Value $ | | | | | |
| Account No. | | | | | | | | | | |
| | | | | | Value $ | | | | | |
| Account No. | | | | | | | | | | |
| | | | | | Value $ | | | | | |

__0__  continuation sheets attached

| | | |
|---|---|---|
| Subtotal (Total of this page) | | |
| Total (Report on Summary of Schedules) | 0.00 | 0.00 |

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com

B6E (Official Form 6E) (4/13)

.

In re    **Dianna Moreno**                                                      ,          Case No. _____
                                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $12,475* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $6,150* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,775* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_1_    continuation sheets attached

B6E (Official Form 6E) (4/13) - Cont.

In re    **Dianna Moreno**                                                          ,        Case No. _____
                                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Taxes and Certain Other Debts**
**Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. **xxx-xx-3434** <br><br>**Illinois Department of Revenue** <br> **PO BOX 19035** <br> **Springfield, IL 62794** | - | | **2013** <br><br> **1040 Taxes** | | | | 117.00 | 0.00 <br><br><br> 117.00 |
| Account No. **xxx-xx-3434** <br><br>**Harvard Collection Services, Inc.** <br> **4839 N. Elston Ave.** <br> **Chicago, IL 60630-2534** | | | **Additional Notice:** <br> **Illinois Department of Revenue** | | | | **Notice Only** | |
| Account No. **xxx-xx-3434** <br><br>**Illinois Department of Revenue** <br> **101 W. Jefferson St.** <br> **Springfield, IL 62702** | | | **Additional Notice:** <br> **Illinois Department of Revenue** | | | | **Notice Only** | |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |

Sheet __1__ of __1__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal <br> (Total of this page) | 0.00 <br> 117.00 | 117.00 |
| Total <br> (Report on Summary of Schedules) | 0.00 <br> 117.00 | 117.00 |

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com

B6F (Official Form 6F) (12/07)

In re    **Dianna Moreno**                                                    ,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **MORDxxxx** <br><br> **1st Choice Physical Therapy** <br> **10436 Route 47, Suite 105** <br> **Huntley, IL 60142** | - | | 2007 <br> Medical | | | | 135.00 |
| Account No. **xxxxxxxx** <br><br> **A-Tec Ambulance, Inc.** <br> **198 Thomas Dr.** <br> **Sycamore, IL 60178** | - | | 2001 <br> Ambulance Service | | | | 815.00 |
| Account No. **Multiple Accounts** <br><br> **Advanced Cardiology Consultants** <br> **1710 N. Randall Rd.** <br> **Suite 340** <br> **Elgin, IL 60123-9405** | - | | 2006-2012 <br> Medical | | | | 38.00 |
| Account No. **xxxxxxxx** <br><br> **Advocate Good Shepherd Hospital** <br> **450 W. Highway 22** <br> **Barrington, IL 60010** | - | | 2012 <br> Medical | | | | 24.00 |

|  | Subtotal <br> (Total of this page) | 1,012.00 |
|---|---|---|

__31__  continuation sheets attached

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com    S/N:27428-140530    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Dianna Moreno**                                                    ,    Case No. _____
                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxxx** <br><br> **Alexian Brothers Medical Center** <br> **P.O. Box 3495** <br> **Toledo, OH 43607** | - | | 2013 <br> Medical | | | | 218.00 |
| Account No. **xxxxxxxx** <br><br> **Computer Credit, Inc.** <br> **P.O. Box 5238** <br> **Winston Salem, NC 27113-5238** | | | Additional Notice: <br> **Alexian Brothers Medical Center** | | | | Notice Only |
| Account No. **xxxxxxxxx** <br><br> **Alexian Brothers Medical Center** <br> **P.O. Box 3495** <br> **Toledo, OH 43607** | - | | 2013 <br> Medical | | | | 649.00 |
| Account No. **xxxxxxxx** <br><br> **Computer Credit, Inc.** <br> **P.O. Box 5238** <br> **Winston Salem, NC 27113-5238** | | | Additional Notice: <br> **Alexian Brothers Medical Center** | | | | Notice Only |
| Account No. **xxxxxxx** <br><br> **Algonquin Road Surgery Center** <br> **c/o MNET Financial, Inc.** <br> **95 Argonaut, Suite 250** <br> **Aliso Viejo, CA 92656-4142** | - | | 2011 <br> Medical | | | | 245.00 |

Sheet no. __1__ of __31__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

| 1,112.00 |

B6F (Official Form 6F) (12/07) - Cont.

In re   **Dianna Moreno**                                                         ,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxx7312**<br><br>**America Online, Inc.**<br>**c/o NCO Financial Systems, Inc.**<br>**507 Prudential Rd.**<br>**Horsham, PA 19044** | - | | **2006**<br>**Services** | | | | **96.00** |
| Account No. **xx xx 2753**<br><br>**American Family Insurance**<br>**c/o Dennis A Brebner & Associates**<br>**860 Northpoint Blvd.**<br>**Waukegan, IL 60085-8211** | - | | **2011**<br>**Accident Claim** | | | | **Unknown** |
| Account No. **xxxxxxxx**<br><br>**Associated Imaging Specialists**<br>**c/o Professional Medical Collection**<br>**P.O. Box 1463**<br>**Northbrook, IL 60065-1463** | - | | **2009**<br>**Medical** | | | | **505.00** |
| Account No. **xxxxxxxx**<br><br>**Associates in Endocrinology, Inc.**<br>**c/o KCA Financial Services, Inc.**<br>**P.O. Box 53**<br>**Geneva, IL 60134** | - | | **2008**<br>**Medical** | | | | **42.00** |
| Account No. **xxxxxxxx**<br><br>**Associates in Orthopaedic Surgery**<br>**c/o NCO Financial Systems, Inc.**<br>**507 Prudential Rd.**<br>**Horsham, PA 19044** | - | | **2009**<br>**Medical** | | | | **204.00** |

Sheet no. __**2**___ of __**31**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**847.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Dianna Moreno**                                                                              ,      Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxxx**<br><br>**Transworld Systems, Inc.**<br>**25 Northwest Point Blvd.**<br>**#750**<br>**Elk Grove Village, IL 60007** | | | **Additional Notice:**<br>**Associates in Orthopaedic Surgery** | | | | **Notice Only** |
| Account No. **xxxxxxxx**<br><br>**AT&T Broadband**<br>**300 Carpenter**<br>**Carpentersville, IL 60110** | | - | **2001**<br>**Telecommunications** | | | | **206.00** |
| Account No. **xxxxxxxx**<br><br>**AT&T Mobility**<br>**P.O. Box 6428**<br>**Carol Stream, IL 60197-6428** | | - | **2007**<br>**Telecommunications** | | | | **336.00** |
| Account No. **xxxxxxxx**<br><br>**EOS CCA**<br>**700 Longwater Dr.**<br>**Norwell, MA 02061** | | | **Additional Notice:**<br>**AT&T Mobility** | | | | **Notice Only** |
| Account No. **xxxxxxxx**<br><br>**Impact**<br>**180 N. Executive Dr.**<br>**Suite 300**<br>**Brookfield, WI 53005-6048** | | | **Additional Notice:**<br>**AT&T Mobility** | | | | **Notice Only** |

Sheet no. __3__ of __31__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                    **542.00**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Dianna Moreno**
_____,     Case No. _____
                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **xxxxxxxx** <br><br> **Payco General American Credits, Inc** <br> **180 N. Executive Dr.** <br> **Brookfield, WI 53005-6053** | | | | Additional Notice: <br> AT&T Mobility | | | | **Notice Only** |
| Account No. **xxxxxxxx** <br><br> **Southwest Credit** <br> **5910 W. Plano Parkway** <br> **Suite 100** <br> **Plano, TX 75093-4638** | | | | Additional Notice: <br> AT&T Mobility | | | | **Notice Only** |
| Account No. **xxxxxxxx** <br><br> **AT&T Universal Card** <br> **P.O. Box 9999** <br> **Columbus, GA 31997-0001** | - | | | 1997 <br> Credit Card Purchases | | | | **3,772.00** |
| Account No. **xxxxxxxx** <br><br> **Barrington Cardiology, SC** <br> **912 W. Northwest Highway, #100** <br> **Fox River Grove, IL 60021** | - | | | 2005 <br> Medical | | | | **55.00** |
| Account No. **xxxxxxxx** <br><br> **Barrington Reab & Sports Therapy** <br> **27401 W. Highway 22, Suite 107** <br> **Barrington, IL 60010** | - | | | 2006 <br> Medical | | | | **25.00** |

Sheet no. __4__ of __31__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                     **3,852.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Dianna Moreno**                                                    ,  Case No. _____
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxxx** <br><br> **Capital One** <br> **P.O. Box 85015** <br> **Richmond, VA 23285-5015** | - | | **1995** <br> **Credit Card Purchases** | | | | 2,389.00 |
| Account No. **MORVxxxx** <br><br> **Cardiomedix, Inc.** <br> **1801 Maple Ave.** <br> **Evanston, IL 60201** | - | | **2001** <br> **Medical** | | | | 495.00 |
| Account No. **xxxxxxxx** <br><br> **Centegra Hospital - Woodstock** <br> **c/o AAMS** <br> **4800 Mills Civic Parkway** <br> **West Des Moines, IA 50265-5265** | - | | **2011** <br> **Medical** | | | | 24.00 |
| Account No. **xxxxxxxx** <br><br> **Centegra Hospital - Woodstock** <br> **P.O. Box 1990** <br> **Woodstock, IL 60098-1990** | - | | **2011** <br> **Medical** | | | | 47.00 |
| Account No. **xxxxxxxx** <br><br> **Centegra Primary Care** <br> **13707 W. Jackson St.** <br> **Woodstock, IL 60098** | - | | **2009-2012** <br> **Medical** | | | | 643.74 |

Sheet no. __5___ of __31__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)      **3,598.74**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Dianna Moreno**                                                    ,    Case No. _____
                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. **Multiple Accounts** <br><br> **Centrega Primary Care** <br> **c/o Harris & Harris, Ltd.** <br> **P.O. Box 5598** <br> **Chicago, IL 60680-5598** | - | | | 2011-2012 <br> Medical | | | | 120.00 |
| Account No. **xxxxxxxx** <br><br> **CEP America** <br> **c/o Stanislaus Credit Control Serv** <br> **P.O. Box 480** <br> **Modesto, CA 95353** | - | | | 2012 <br> Medical | | | | 37.00 |
| Account No. **xxxx8566** <br><br> **Chase Auto** <br> **Attn: National Bankruptcy Dept** <br> **Po Box 295015** <br> **Phoenix, AZ 85038** | - | | | 2010 <br> Collection | | | | 6,302.00 |
| Account No. **x477-1** <br><br> **Check n Go of Illinois, Inc.** <br> **945 McLean Blvd.** <br> **Elgin, IL 60123** | - | | | 2006 <br> Loan | | | | 1,827.00 |
| Account No. **xxxx7330** <br><br> **City of Chicago** <br> **33589 Treasury Center** <br> **Chicago, IL 60694-3500** | - | | | 2006 <br> Ambulance Service | | | | 381.00 |

Sheet no. __6__ of __31__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

8,667.00

B6F (Official Form 6F) (12/07) - Cont.

In re  **Dianna Moreno**
_____,  Case No. _____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No.  **City of Chicago EMS 33589 Treasury Center Chicago, IL 60694** | - | | | 2006 Ambulance Service | | | | 50.00 |
| Account No. **xxxxxxxx**  **Comcast c/o Credit Protection Association 13355 Noel Rd. Dallas, TX 75240** | - | | | 2007 Telecommunications | | | | 861.00 |
| Account No. **xxxxxxxx**  **Cosmetic & Plastic Surgery Assoc. 1786 Moon Lake Blvd, #205 Hoffman Estates, IL 60194-1067** | - | | | 2004 Medical | | | | 1,162.00 |
| Account No. **xxxx0210**  **Crafter's Choice c/o North Shore Agency, Inc. 117 Cuttermill Rd. Great Neck, NY 11021** | - | | | 1996 Installment Agreement | | | | 25.00 |
| Account No. **xxxxxxxx**  **Culligan Water Conditioning 380 Memorial Dr. Crystal Lake, IL 60014** | - | | | 2001 Services | | | | 243.00 |

Sheet no. __7___ of __31__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   **2,341.00**

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Dianna Moreno** , Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. **xxxxxxx**<br><br>**Dependicare**<br>**c/o Rockford Mercanitle Agency, Inc**<br>**2502 S. Alpine Rd.**<br>**Rockford, IL 61108** | - | | | **2007**<br>**Medical** | | | | **75.00** |
| Account No. **xxxxxxxx**<br><br>**Dish Network**<br>**c/o GC Services**<br>**6330 Gulfton**<br>**Houston, TX 77081** | - | | | **2009**<br>**Utility Service** | | | | **651.00** |
| Account No. **xxxxxxxx**<br><br>**The CBE Group, Inc.**<br>**131 Tower Park St., Suite 100**<br>**Waterloo, IA 50701** | | | | **Additional Notice:**<br>**Dish Network** | | | | **Notice Only** |
| Account No. **xxxxxxxx**<br><br>**Elgin Anesthesiologists, SC**<br>**c/o A/R Concepts, Inc.**<br>**33 W. Higgins Rd., Suite 715**<br>**South Barrington, IL 60010** | - | | | **2004**<br>**Medical** | | | | **2,560.00** |
| Account No. **xxxxxxxx**<br><br>**Elgin Cardiology SC**<br>**915 Center St., Suite 2001**<br>**Elgin, IL 60120-2112** | - | | | **2006**<br>**Medical** | | | | **16.00** |

Sheet no. __8__ of __31__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

| | Subtotal (Total of this page) | **3,302.00** |
|---|---|---|

B6F (Official Form 6F) (12/07) - Cont.

In re __Dianna Moreno_____,    Case No. _____

                                         Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **xxxxxxxx** | | | | 2006 Medical | | | | |
| Elgin Foot & Ankle Center c/o Transworld Systems 2235 Murcury Way, Suite 275 Santa Rosa, CA 95407-5413 | - | | | | | | | 255.00 |
| Account No. **xxxxxxxx** | | | | 2009 Medical | | | | |
| Elgin Nephrology Associates, SC c/o FFCC-Columbus, Inc. 1550 Old Henderson Rd., Suite 100 Columbus, OH 43220-3626 | - | | | | | | | 755.00 |
| Account No. **Multiple Accounts** | | | | 2002 Medical | | | | |
| Elgin Radiology Associates c/o Tri County Accounts Bureau, Inc 232 W. Willow Ave. Wheaton, IL 60189-0515 | - | | | | | | | 782.00 |
| Account No. | | | | Additional Notice: Elgin Radiology Associates | | | | Notice Only |
| Elgin Radiology Associates Dept. 77-9145 Chicago, IL 60678 | | | | | | | | |
| Account No. **xxxxxxxx** | | | | 2013 Medical | | | | |
| Elk Grove Radiology, SC c/o Creditors Discount & Audit, Co. 415 Main St. Streator, IL 61364 | - | | | | | | | 14.00 |

Sheet no. __9___ of __31__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

1,806.00

B6F (Official Form 6F) (12/07) - Cont.

In re  **Dianna Moreno** _____,  Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxxx**<br><br>**Enloe Drugs, LLC**<br>**796 N. Sunnyside Rd.**<br>**Decatur, IL 62522** | - | | 2007<br>Medical | | | | 42.00 |
| Account No. **xxxxxxx**<br><br>**Fox Valley Ear Nose & Throat Assoc**<br>**1015 Summit St.**<br>**Elgin, IL 60120-4362** | - | | 2006<br>Medical | | | | 21.00 |
| Account No. **xxxxxxx**<br><br>**Fox Valley Laboratory Physicians**<br>**P.O. Box 5133**<br>**Chicago, IL 60680-5133** | - | | 2005<br>Medical | | | | 954.00 |
| Account No. **xxxxxxx**<br><br>**Fox Valley Laboratory Physicians**<br>**P.O. Box 5133**<br>**Chicago, IL 60680-5133** | - | | 2006<br>Medical | | | | 14.00 |
| Account No. **xxxxxxx**<br><br>**Fox Valley Laboratory Physicians**<br>**P.O. Box 5133**<br>**Chicago, IL 60680-5133** | - | | 2012<br>Medical | | | | 23.00 |

Sheet no. __10__ of __31__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

1,054.00

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Dianna Moreno**                                    Case No. _____
                                              ,
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxxx**<br><br>**Fox Valley Ophthalmology**<br>**750 Fletcher Dr., Suite 106**<br>**Elgin, IL 60123** | - | | 2003-2006<br>Medical | | | | 900.00 |
| Account No. **xxxxxxxx**<br><br>**General & Vascular Surgery, Ltd.**<br>**1795 Grandstand Pl.**<br>**Elgin, IL 60123** | - | | 2003<br>Medical | | | | 500.00 |
| Account No. **xxxxxxxx**<br><br>**Germbusters**<br>**75 Remittance Dr., Suite 6524**<br>**Chicago, IL 60675-6524** | - | | 2008<br>Medical | | | | 213.00 |
| Account No. **xxxxxxxx**<br><br>**GK Medical Management**<br>**8930 Waukegan Rd., Suite 210**<br>**Morton Grove, IL 60053-2116** | - | | 2010<br>Medical | | | | 76.00 |
| Account No. **xxxx2260**<br><br>**Great Lakes Specialty Finance, Inc.**<br>**d/b/a Check N Go**<br>**945 McLean Blvd.**<br>**Elgin, IL 60123** | - | | 2007<br>Loan | | | | 1,155.00 |

Sheet no. __11__ of __31__ sheets attached to Schedule of              Subtotal          | 2,844.00 |
Creditors Holding Unsecured Nonpriority Claims                      (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re  **Dianna Moreno**
_____,    Case No. _____
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. **xxxxxxx** <br><br> **Greater Elgin Emergency Specialists c/o Creditors Collection P.O. Box 63 Kankakee, IL 60901-0063** | - | | | | 2008 Medical | | | | 95.00 |
| Account No. **xxxxxxxx** <br><br> **Greater Elgin Emergency Specialists c/o Creditors Collection Bureau Inc Dept 3256   P.O. Box 1259 Oaks, PA 19456** | - | | | | 2006 Medical | | | | 26.00 |
| Account No. **xxxxxxxx** <br><br> **Greater Elgin Emergency Specialists c/o Creditors Collection Bureau Inc Dept. 3256   P.O. Box 1259 Oaks, PA 19456** | - | | | | 2008 Medical | | | | 35.00 |
| Account No. **xxxxxxxx** <br><br> **Guthy-Renker P.O. Box 11451 Des Moines, IA 50336** | - | | | | 2009 Installment Agreement | | | | 37.00 |
| Account No. **xxxxxxxx** <br><br> **Hoffman Estates Medical Center c/o Asset Care P.O. Box 620428 Atlanta, GA 30362** | - | | | | 1994 Medical | | | | 493.00 |

Sheet no. __12__ of __31__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

686.00

B6F (Official Form 6F) (12/07) - Cont.

In re   **Dianna Moreno**                                                    ,                 Case No. _____
                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **Multiple Accounts**<br><br>**Huntley Fire Protection District**<br>**P.O. Box 457**<br>**Wheeling, IL 60090** | - | | 2006-2008<br>Ambulance Service | | | | 1,279.00 |
| Account No. **xxx-xx-3434**<br><br>**Illinois Department of Revenue**<br>**PO BOX 19035**<br>**Springfield, IL 62794** | - | | 2005-2011<br>1040 Taxes | | | | 4,166.00 |
| Account No. **xxx-xx-3434**<br><br>**Arnold Scott Harris, PC**<br>**222 Merchandise Mart Plaza**<br>**Suite 1932**<br>**Chicago, IL 60680-5598** | | | Additional Notice:<br>Illinois Department of Revenue | | | | Notice Only |
| Account No. **xxx-xx-3434**<br><br>**C.B. Accounts, Inc.**<br>**Dept 0092**<br>**P.O. Box 25**<br>**Arrowsmith, IL 61722-0025** | | | Additional Notice:<br>Illinois Department of Revenue | | | | Notice Only |
| Account No. **xxx-xx-3434**<br><br>**GC Services Limited Partnership**<br>**6330 Gulfton**<br>**Houston, TX 77081** | | | Additional Notice:<br>Illinois Department of Revenue | | | | Notice Only |

Sheet no. __**13**__ of __**31**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    **5,445.00**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Dianna Moreno**                                                    ,   Case No. _____
                                         Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. **xxx-xx-3434** <br><br>**Illinois Department of Revenue** <br>**101 W. Jefferson St.** <br>**Springfield, IL 62702** | | | | **Additional Notice:** <br>**Illinois Department of Revenue** | | | | **Notice Only** |
| Account No. **Multiple Accounts** <br><br>**Illinois Tollway Authority** <br>**2700 Ogden Ave** <br>**Downers Grove, IL 60515** | - | | | **2009-2011** <br>**Tolls** | | | | **3,000.00** |
| Account No. <br><br>**Arnold Scott Harris, PC** <br>**222 Merchandise Mart Plaza** <br>**Suite 1932** <br>**Chicago, IL 60654** | | | | **Additional Notice:** <br>**Illinois Tollway Authority** | | | | **Notice Only** |
| Account No. <br><br>**GC Services Limited Partnership** <br>**6330 Gulfton** <br>**Houston, TX 77081** | | | | **Additional Notice:** <br>**Illinois Tollway Authority** | | | | **Notice Only** |
| Account No. <br><br>**NCO Financial Systems, Inc.** <br>**600 Holiday Plaza Dr.** <br>**Suite 300** <br>**Matteson, IL 60443** | | | | **Additional Notice:** <br>**Illinois Tollway Authority** | | | | **Notice Only** |

Sheet no. __**14**__ of __**31**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   **3,000.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Dianna Moreno**                                          , Case No. _____
                                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxxxx** <br><br> **Infinite Mind** <br> **P.O. Box 406** <br> **Farmingdale, NY 11735-0406** | - | | **2008** <br> **Service** | | | | 450.00 |
| Account No. **xxxx0437** <br><br> **Internal Revenue Service** <br> **P.O. BOX 7346** <br> **Philadelphia, PA 19101-7346** | - | | **2003** <br> **Tax Lien** | | | | 8,454.00 |
| Account No. <br><br> **Internal Revenue Service** <br> **Department of the Treasury** <br> **Kansas City, MO 64999-0010** | | | **Additional Notice:** <br> **Internal Revenue Service** | | | | Notice Only |
| Account No. <br><br> **Internal Revenue Service** <br> **P.O. Box 7317** <br> **Philadelphia, PA 19101-7317** | | | **Additional Notice:** <br> **Internal Revenue Service** | | | | Notice Only |
| Account No. <br><br> **Internal Revenue Service** <br> **2970 Market St.** <br> **Mail Stop 5-Q30.133** <br> **Philadelphia, PA 19104-5016** | | | **Additional Notice:** <br> **Internal Revenue Service** | | | | Notice Only |

Sheet no. __15__ of __31__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **8,904.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Dianna Moreno**                                                                         ,        Case No. _____
_____
Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **xxx-xx-3762**<br><br>**Internal Revenue Service**<br>**P.O. BOX 7346**<br>**Philadelphia, PA 19101-7346** | - | | | **2002-2011**<br>**1040 Taxes** | | | | **21,102.00** |
| Account No. **xxx-xx-3762**<br><br>**Internal Revenue Service**<br>**Department of the Treasury**<br>**Kansas City, MO 64999-0010** | | | | **Additional Notice:**<br>**Internal Revenue Service** | | | | **Notice Only** |
| Account No. **xxx-xx-3762**<br><br>**Internal Revenue Service**<br>**P.O. Box 7317**<br>**Philadelphia, PA 19101-7317** | | | | **Additional Notice:**<br>**Internal Revenue Service** | | | | **Notice Only** |
| Account No. **xxx-xx-3762**<br><br>**Internal Revenue Service**<br>**2970 Market St.**<br>**Mail Stop 5-Q30.133**<br>**Philadelphia, PA 19104-5016** | | | | **Additional Notice:**<br>**Internal Revenue Service** | | | | **Notice Only** |
| Account No. **xx-034-2**<br><br>**Jackson Insulation & Exteriors Co.**<br>**4508 E. Crystal Lake Ave.**<br>**Crystal Lake, IL 60014** | - | | | **2005**<br>**Services** | | | | **1,430.00** |

Sheet no. __**16**__ of __**31**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**22,532.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Dianna Moreno**                                                                                    ,    Case No. _____
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxxx**<br><br>**Kinetic Concepts, Inc.**<br>**P.O. Box 203084**<br>**Houston, TX 77216-3084** | - | | **2004**<br>**Medical** | | | | **1,974.00** |
| Account No. **xxxxxxxx**<br><br>**Lake Cook Orthopedic Associates**<br>**27401 W. Highway 22**<br>**Suite 125**<br>**Barrington, IL 60010** | - | | **2005**<br>**Medical** | | | | **4,524.00** |
| Account No. **xxxxxxxx**<br><br>**Charles G. McCarthy, Jr.**<br>**P.O. Box 1045**<br>**Bloomington, IL 61702** | | | **Additional Notice:**<br>**Lake Cook Orthopedic Associates** | | | | **Notice Only** |
| Account No. **xxxxxxxx**<br><br>**Mark Drug Medical Supply**<br>**548A W. Dundee Rd.**<br>**Wheeling, IL 60090** | - | | **2007**<br>**Medical** | | | | **69.00** |
| Account No.<br><br>**MARS**<br>**7077 Orangewood Ave.**<br>**Suite 100**<br>**Garden Grove, CA 92841** | - | | **2007**<br>**Medical** | | | | **1,630.00** |

Sheet no. __17__ of __31__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**8,197.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Dianna Moreno**                                                              ,    Case No. _____
                                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **Multiple Accounts**<br><br>**Mayo Clinic<br>P.O. Box 4003<br>Rochester, MN 55903-4003** | - | | 2005<br>Medical | | | | 18,765.00 |
| Account No. **xxxxxxx**<br><br>**Heartland Financial Services<br>P.O. Box 3972<br>Minneapolis, MN 55403-0972** | | | Additional Notice:<br>Mayo Clinic | | | | **Notice Only** |
| Account No. **xxxxxxx**<br><br>**McHenry County<br>c/o Alliance One Receivables<br>6565 Kimball Dr., Suite 200<br>Gig Harbor, WA 98335** | | | 2012<br>Traffic Violation | | | | 169.00 |
| Account No. **xxxx3495**<br><br>**McHenry Heating and Air<br>4561 Prime Parkway<br>McHenry, IL 60050** | - | | 2013<br>Judgment | | | | 2,504.00 |
| Account No. **xx-xxxxxxx**<br><br>**MEA-SJMC<br>P.O. Box 5990<br>Carol Stream, IL 60197** | - | | 2010<br>Medical | | | | 553.00 |

Sheet no. __18__ of __31__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

21,991.00

B6F (Official Form 6F) (12/07) - Cont.

In re    **Dianna Moreno**                                                                        ,    Case No. _____
                                                        **Debtor**

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxx9988**<br><br>**Mercury Finance**<br>**4413 Roosevelt Rd., Suite 101B**<br>**Hillside, IL 60162** | - | | **2001**<br>**Loan** | | | | **914.00** |
| Account No. **xxxxxxxx**<br><br>**Mercy Health Physicians**<br>**c/o Americollect, Inc.**<br>**1851 S. Alverno Rd.**<br>**Manitowoc, WI 54220** | - | | **2012**<br>**Medical** | | | | **16.00** |
| Account No. **xxxx3116**<br><br>**Midwest Diagnostic Pathology, SC**<br>**75 Remittance Dr., Suite 3070**<br>**Chicago, IL 60675-3070** | - | | **2005**<br>**Medical** | | | | **27.00** |
| Account No. **xxxxxxxx**<br><br>**Mohamed K Ghumra, MD**<br>**c/o Medco Financial Associates, Inc**<br>**P.O. Box 525**<br>**Gurnee, IL 60031** | - | | **2006**<br>**Medical** | | | | **159.00** |
| Account No.<br><br>**Ruth P. Walz Thompson**<br>**P.O. Box 271001**<br>**Flower Mound, TX 75027** | | | **Additional Notice:**<br>**Mohamed K Ghumra, MD** | | | | **Notice Only** |

Sheet no. __**19**__ of __**31**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    **1,116.00**

B6F (Official Form 6F) (12/07) - Cont.

In re __Dianna Moreno_____,    Case No. _____
                                Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxx3762**<br><br>**New View Diagnostic**<br>**2844 Collection Center Dr.**<br>**Chicago, IL 60693** | - | | 2001<br>Medical | | | | 471.00 |
| Account No. **xxxx3072**<br><br>**Northwest Suburban Imaging**<br>**34659 Eagle Way**<br>**Chicago, IL 60678** | - | | 2006-2008<br>Medical | | | | 1,373.00 |
| Account No. **xxxx0164**<br><br>**Merchants' Credit Guide Co.**<br>**223 W. Jackson Blvd.**<br>**Chicago, IL 60606** | | | Additional Notice:<br>Northwest Suburban Imaging | | | | Notice Only |
| Account No. **xxxx2671**<br><br>**Northwest Suburban Imaging Assoc,**<br>**34659 Eagle Way**<br>**Chicago, IL 60678-1346** | - | | 2008-2012<br>Medical | | | | 373.00 |
| Account No. **xxxx8560**<br><br>**Ophthalmology Associates Ltd**<br>**1670 Capital St.**<br>**Suite 100**<br>**Elgin, IL 60124-7837** | - | | 2012<br>Medical | | | | 112.00 |

Sheet no. __20__ of __31__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    2,329.00

B6F (Official Form 6F) (12/07) - Cont.

In re    **Dianna Moreno**                                              ,          Case No. _____
                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxx8560** <br><br> **Medco Financial Associates, Inc.** <br> **P.O. Box 525** <br> **Gurnee, IL 60031** | | | Additional Notice: <br> **Ophthalmology Associates Ltd** | | | | **Notice Only** |
| Account No. **xxxx1579** <br><br> **Orthopedic & Spine Surgery Assoc** <br> **c/o Phillip J. Rotche & Associates** <br> **320 S. Westmore** <br> **Lombard, IL 60148** | | - | 2001 <br> **Medical** | | | | **1,300.00** |
| Account No. **xxxx** <br><br> **Oyster Bay Club** <br> **903 Commerce Dr.** <br> **Oak Brook, IL 60523** | | | 2002 <br> **Timeshare** | | | | **8,790.00** |
| Account No. **xxxxxxxx** <br><br> **Perimeter Credit, LP** <br> **c/o Financial Asset Management** <br> **P.O. Box 80160** <br> **Atlanta, GA 30366** | | - | 1995 <br> **Credit Card Purchases** | | | | **566.00** |
| Account No. **xxxx1096** <br><br> **Perimeter Credit, LP** <br> **P.O. Box 105346** <br> **Atlanta, GA 30348-5346** | | - | 1996 <br> **Loan** | | | | **668.00** |

Sheet no. __21__ of __31__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**11,324.00**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Dianna Moreno**
_____,      Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxxx**<br><br>**PMG  II**<br>**c/o Receivable Management**<br>**P.O. Box 44414**<br>**Eden Prairie, MN 55344** | - | | **2012**<br>**Bank Fees** | | | | **447.00** |
| Account No. **xxxxxxxx**<br><br>**Pradip Sethi, MD, SC**<br>**860 Summit St., Suite 154**<br>**Elgin, IL 60120** | - | | **1996**<br>**Medical** | | | | **600.00** |
| Account No. **xxxxxx-xxxx1043**<br><br>**Pro Dental Care**<br>**1150 Spring Hill Mall**<br>**Dundee, IL 60118-1258** | | | **2005-2006**<br>**Medical** | | | | **1,088.00** |
| Account No. **xxxx1330**<br><br>**Professional Associates**<br>**P.O. Box 262**<br>**Crete, IL 60417** | - | | **1994**<br>**Medical** | | | | **126.00** |
| Account No. **xxxx5575**<br><br>**Superior Recovery Systems**<br>**3000 Dundee Rd., Suite 410**<br>**Northbrook, IL 60062** | | | **Additional Notice:**<br>**Professional Associates** | | | | **Notice Only** |

Sheet no. __**22**__ of __**31**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**2,261.00**

B6F (Official Form 6F) (12/07) - Cont.

In re __Dianna Moreno_____,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **xxxx2818**<br><br>**Prosthetic Lab of Rochester**<br>**c/o Thomas E. Jolas, PC**<br>**202 First St., N.W.**<br>**Mason City, IA 50401** | - | | | **2005**<br>**Medical** | | | | **1,177.00** |
| Account No. **xxxx0-999**<br><br>**I.C. System, Inc.**<br>**444 Highway 96 East**<br>**P.O. Box 64437**<br>**Saint Paul, MN 55164-0437** | | | | **Additional Notice:**<br>**Prosthetic Lab of Rochester** | | | | **Notice Only** |
| Account No. **xxxx**<br><br>**Prosthetic Orthotic Center, Ltd.**<br>**1216 S. 3rd St.**<br>**La Crosse, WI 54601** | - | | | **2004**<br>**Medical** | | | | **198.00** |
| Account No. **xxxxxxxx**<br><br>**Provena St. Joseph Hospital**<br>**c/o Armor Systems Corp.**<br>**1700 Kiefer Dr., Suite 1**<br>**Zion, IL 60099** | - | | | **2008**<br>**Medical** | | | | **338.00** |
| Account No. **xxxx4893**<br><br>**MiraMed Revenue Group, LLC**<br>**P.O. Box 536**<br>**Linden, MI 48451-0536** | | | | **Additional Notice:**<br>**Provena St. Joseph Hospital** | | | | **Notice Only** |

Sheet no. __23__ of __31__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**1,713.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Dianna Moreno**                                        Case No. _____
                                                    ,
                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. **xxxx1937** <br><br> **Revenue Cycle Partners** <br> **2870 Stoner Court, Suite 300** <br> **North Liberty, IA 52317** | | | | **Additional Notice:** <br> **Provena St. Joseph Hospital** | | | | **Notice Only** |
| Account No. **xxxx0649** <br><br> **Pulmonary & Critical Care Medicine** <br> **901 Center St., Suite 103** <br> **Elgin, IL 60120** | | - | | **2001** <br> **Medical** | | | | **2,770.00** |
| Account No. **Multiple** <br><br> **Quest Diagnostics** <br> **PO BOX 809403** <br> **Chicago, IL 60680** | | | | **2005-2006** <br> **Medical** | | | | **775.00** |
| Account No. **xxxx3A14** <br><br> **AMCA Collection Agency** <br> **2269 S. Saw Mill River Rd.** <br> **Building 3** <br> **Elmsford, NY 10523** | | | | **Additional Notice:** <br> **Quest Diagnostics** | | | | **Notice Only** |
| Account No. **xxxx7259** <br><br> **QVC** <br> **c/o Penn Credit Corporation** <br> **P.O. Box 988** <br> **Harrisburg, PA 17108-0988** | | - | | **2007** <br> **Services** | | | | **121.00** |

Sheet no. __24__ of __31__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                **3,666.00**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Dianna Moreno**                                                    , Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxx7129**<br><br>**Randall Medical Imaging Center**<br>**1710 N. Randall Rd., Suite 180**<br>**Elgin, IL 60123** | - | | 2011<br>Medical | | | | 400.00 |
| Account No. **xxxx0037**<br><br>**Rheumatology Associates**<br>**c/o Transworld Systems Inc.**<br>**507 Prudential Rd.**<br>**Horsham, PA 19044** | - | | 2014<br>Medical | | | | 1,522.00 |
| Account No. **xxxx1992**<br><br>**RMC Emergency Physicians**<br>**c/o Illinois Collection Service Inc**<br>**P.O. Box 646**<br>**Oak Lawn, IL 60454-0646** | - | | 2007<br>Medical | | | | 217.00 |
| Account No. **xxx1534**<br><br>**Rosewood Care Center, Inc.**<br>**c/o Daniel L. Maher**<br>**412 E. Lawrence Ave.**<br>**Springfield, IL 62703** | - | | 2007<br>Civil Claim Judgment | | | | 2,998.00 |
| Account No. **xxxx0618**<br><br>**Rutland-Dundee Fire Department**<br>**P.O. Box 203**<br>**Gilberts, IL 60136** | - | | 2009<br>Ambulance Service | | | | 486.00 |

Sheet no. __25__ of __31__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

5,623.00

B6F (Official Form 6F) (12/07) - Cont.

In re    **Dianna Moreno** _____,    Case No. _____

                                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. **xxxx2706**<br><br>**SBC Illinois**<br>**c/o Allied Interstate**<br>**800 Interchange West**<br>**Minneapolis, MN 55426-1096** | - | | | **2005**<br>**Telecommunications** | | | | 626.00 |
| Account No. **xxxx467 N**<br><br>**Sherman Home Care Partner**<br>**P.O. Box 377**<br>**Roscoe, IL 61073-0377** | - | | | **2004**<br>**Medical** | | | | 1,596.00 |
| Account No. **Multiple Accounts**<br><br>**Sherman Hospital**<br>**c/o Harris & Harris**<br>**111 W. Jackson Blvd., Suite 400**<br>**Chicago, IL 60604** | - | | | **2010**<br>**Medical** | | | | 2,705.00 |
| Account No. **xxxx0337**<br><br>**Medical Recovery Specialists, Inc.**<br>**2250 E. Devon Ave., Suite 352**<br>**Des Plaines, IL 60018-4519** | | | | **Additional Notice:**<br>**Sherman Hospital** | | | | Notice Only |
| Account No. **Multiple**<br><br>**Neil J. Greene**<br>**250 Parkway Dr., Suite 280**<br>**Lincolnshire, IL 60069-4321** | | | | **Additional Notice:**<br>**Sherman Hospital** | | | | Notice Only |

Sheet no. __26__ of __31__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

4,927.00

B6F (Official Form 6F) (12/07) - Cont.

In re **Dianna Moreno**
_____,      Case No. _____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxx4684**<br><br>**Van R Credit Corporation**<br>**10024 Skokie Blvd., Suite 3**<br>**Skokie, IL 60077** | | | **Additional Notice:**<br>**Sherman Hospital** | | | | **Notice Only** |
| Account No. **xxxx7927**<br><br>**Signet Bank Card**<br>**P.O. Box 85547**<br>**Richmond, VA 23285-5547** | | - | **1995**<br>**Credit Card Purchases** | | | | **374.00** |
| Account No. **xxxxx720H**<br><br>**Source One Medical, Inc.**<br>**38 Tesla, Suite 150**<br>**Irvine, CA 92618** | | | **2008**<br>**Medical** | | | | **8,852.00** |
| Account No. **xxxx9246**<br><br>**Specialists in Gastroenterology**<br>**c/o Dependon Collection Service Inc**<br>**P.O. Box 4983**<br>**Oak Brook, IL 60522-4983** | | - | **2012**<br>**Medical** | | | | **79.00** |
| Account No. **xxxx8354**<br><br>**Specialty Merchandise Co.**<br>**c/o National Business Division**<br>**27300 W. Eleven Mile Rd., Suite 400**<br>**Southfield, MI 48037** | | - | **2005**<br>**Services** | | | | **275.00** |

Sheet no. __**27**__ of __**31**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)      **9,580.00**

B6F (Official Form 6F) (12/07) - Cont.

In re __Dianna Moreno_____,   Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **xxxx1346** | | | | 2013 Medical | | | | |
| St. Alexius Medical Center c/o Computer Credit, Inc. 640 W. Fourth St., P.O. Box 5238 Winston Salem, NC 27113-5238 | - | | | | | | | 649.00 |
| Account No. **xxxx7084** | | | | 2004 Services | | | | |
| Sunset Lawns, Inc. c/o Activity Collection Service Inc 664 Milwaukee Ave. Prospect Heights, IL 60070 | - | | | | | | | 300.00 |
| Account No. **xxxx6733** | | | | 1999 Telecommunications | | | | |
| TCI Cable of Northern Illinois 300 Carpenter Carpentersville, IL 60110 | - | | | | | | | 182.00 |
| Account No. **xxxx7990** | | | | 2012 Medical | | | | |
| Tri-County Emergency Physician P.O. Box 98 Barrington, IL 60011-0098 | - | | | | | | | 23.00 |
| Account No. **Multiple Accounts** | | | | 2010 Medical | | | | |
| Triad Radiology & Imaging c/o ATG Credit 1700 W. Corland St., Suite 201 Chicago, IL 60622 | - | | | | | | | 74.00 |

Sheet no. __28__ of __31__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

1,228.00

B6F (Official Form 6F) (12/07) - Cont.

In re __Dianna Moreno_____,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **xxxxxxx** | | | - | | 2007 Medical | | | | |
| United Anesthesia Associates c/o Medical Business Bureau P.O. Box 1219 Park Ridge, IL 60068-7219 | | | | | | | | | 82.00 |
| Account No. **xxxxxxxx** | | | - | | 2012 Medical | | | | |
| United Anesthesia Associates c/o Medical Business Bureau P.O. Box 1219 Park Ridge, IL 60068-7219 | | | | | | | | | 70.00 |
| Account No. **xxxxxxxx** | | | - | | 2004 Credit Card Purchases | | | | |
| United Credit National Bank c/o Genesis Financial Solutions P.O. Box 18008 Hauppauge, NY 11788-8808 | | | | | | | | | 271.00 |
| Account No. **xxxxxxxx** | | | - | | 2007 Medical | | | | |
| Urology, LTD c/o I C Systems Collections P.O. Box 64378 Saint Paul, MN 55164-0378 | | | | | | | | | 198.00 |
| Account No. **xxxx9594** | | | - | | 2009 Bank Fees | | | | |
| US Bank P.O. Box 5227 Cincinnati, OH 45202-5227 | | | | | | | | | 730.00 |

Sheet no. __29__ of __31__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    1,351.00

B6F (Official Form 6F) (12/07) - Cont.

In re  **Dianna Moreno**                                                  ,          Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxx7578**<br><br>**Bonded Collection Corporation**<br>**P.O. Box 1022**<br>**Wixom, MI 48393-1022** | | | **Additional Notice:**<br>**US Bank** | | | | **Notice Only** |
| Account No. **xxxx1596**<br><br>**ISA Acceptance Corporation**<br>**P.O. Box 17055**<br>**Saint Paul, MN 55117** | | | **Additional Notice:**<br>**US Bank** | | | | **Notice Only** |
| Account No. **xxxxxxxx**<br><br>**USPS Eagan Accounting Reconciliatio**<br>**c/o Receivable Management Services**<br>**305 Fellowship Rd., Suite 100**<br>**Mount Laurel, NJ 08054** | | - | **2005**<br>**Postal Fees** | | | | **42.00** |
| Account No. **xxxx3143**<br><br>**West Dundee Fire Department**<br>**P.O. Box 1368**<br>**Elmhurst, IL 60126** | | - | **2005**<br>**Ambulance Service** | | | | **491.00** |
| Account No. **xxxx2216**<br><br>**AAM, Inc.**<br>**330 Georgetown Square, Suite 104**<br>**Wood Dale, IL 60191** | | | **Additional Notice:**<br>**West Dundee Fire Department** | | | | **Notice Only** |

Sheet no. __**30**__ of __**31**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**533.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Dianna Moreno**                                                              , Case No. _____
                                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxx8036** <br><br> **Youthful Essence** <br> **c/o SKO Brenner American, Inc.** <br> **40 Daniel St., P.O. Box 230** <br> **Farmingdale, NY 11735-0230** | - | | **2009** <br> **Services** | | | | 37.00 |
| Account No. **xxxxxxxx** <br><br> **Z-TEL** <br> **c/o Asset Acceptance, LLC** <br> **P.O. Box 2036** <br> **Warren, MI 48090-2036** | - | | **2007** <br> **Telecommunications** | | | | 459.00 |
| Account No. | | | | | | | |
| Account No. | | | | | | | |
| Account No. | | | | | | | |

Sheet no. __31__ of __31__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

| | |
|---|---|
| Subtotal <br> (Total of this page) | 496.00 |
| Total <br> (Report on Summary of Schedules) | 147,879.74 |

B6G (Official Form 6G) (12/07)

.

In re    **Dianna Moreno**                                                                 ,        Case No. _____

                                          Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| | |

**0**
_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com
                                                                                             Best Case Bankruptcy

B6H (Official Form 6H) (12/07)

.

In re    **Dianna Moreno**                                            ,      Case No. _____
_____
Debtor

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors.  Include all guarantors and co-signers.  If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory.  Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case.  If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|

**0**
_____ continuation sheets attached to Schedule of Codebtors

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Fill in this information to identify your case:

| | |
|---|---|
| Debtor 1 | **Dianna Moreno** |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF ILLINOIS |
| Case number (If known) | |

Check if this is:
☐ An amended filing
☐ A supplement showing post-petition chapter 13 income as of the following date:

_____
MM / DD/ YYYY

## Official Form B 6I
# Schedule I: Your Income                                         12/13

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:    Describe Employment

1. **Fill in your employment information.**

   If you have more than one job, attach a separate page with information about additional employers.

   Include part-time, seasonal, or self-employed work.

   Occupation may include student or homemaker, if it applies.

| | | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|---|
| Employment status | | ☑ Employed<br>☐ Not employed | ☐ Employed<br>☐ Not employed |
| Occupation | | **Service Director** | |
| Employer's name | | **United Airlines** | |
| Employer's address | | **P.O. Box 66100**<br>**Chicago, IL 60666-0100** | |
| How long employed there? | | **23 Years** | |

### Part 2:    Give Details About Monthly Income

**Estimate monthly income as of the date you file this form.** If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 2. | **List monthly gross wages, salary, and commissions** (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. | $ **5,933.55** | $ **N/A** |
| 3. | **Estimate and list monthly overtime pay.** | 3. | +$ **0.00** | +$ **N/A** |
| 4. | **Calculate gross Income.** Add line 2 + line 3. | 4. | $ **5,933.55** | $ **N/A** |

Debtor 1 **Dianna Moreno**                                  Case number (*if known*)

|  | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| Copy line 4 here | 4. | $ 5,933.55 | $ N/A |

5. **List all payroll deductions:**

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 5a. **Tax, Medicare, and Social Security deductions** | 5a. | $ 1,966.18 | $ N/A |
| 5b. **Mandatory contributions for retirement plans** | 5b. | $ 0.00 | $ N/A |
| 5c. **Voluntary contributions for retirement plans** | 5c. | $ 63.27 | $ N/A |
| 5d. **Required repayments of retirement fund loans** | 5d. | $ 0.00 | $ N/A |
| 5e. **Insurance** | 5e. | $ 658.42 | $ N/A |
| 5f. **Domestic support obligations** | 5f. | $ 0.00 | $ N/A |
| 5g. **Union dues** | 5g. | $ 57.30 | $ N/A |
| 5h. **Other deductions.** Specify: ___Long Term Disability___ | 5h.+ | $ 13.61 + | $ N/A |
| ___Short Term Disability___ | | $ 73.08 | $ N/A |

6. **Add the payroll deductions.** Add lines 5a+5b+5c+5d+5e+5f+5g+5h.  6.  $ 2,831.86   $ N/A

7. **Calculate total monthly take-home pay.** Subtract line 6 from line 4.  7.  $ 3,101.69   $ N/A

8. **List all other income regularly received:**

8a. **Net income from rental property and from operating a business, profession, or farm**
Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income.   8a.  $ 0.00   $ N/A

8b. **Interest and dividends**   8b.  $ 0.00   $ N/A

8c. **Family support payments that you, a non-filing spouse, or a dependent regularly receive**
Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement.   8c.  $ 0.00   $ N/A

8d. **Unemployment compensation**   8d.  $ 0.00   $ N/A

8e. **Social Security**   8e.  $ 0.00   $ N/A

8f. **Other government assistance that you regularly receive**
Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies.
Specify: _____   8f.  $ 0.00   $ N/A

8g. **Pension or retirement income**   8g.  $ 0.00   $ N/A

8h. **Other monthly income.** Specify: _____   8h.+  $ 0.00 +   $ N/A

9. **Add all other income.** Add lines 8a+8b+8c+8d+8e+8f+8g+8h.   9.  $ 0.00   $ N/A

10. **Calculate monthly income.** Add line 7 + line 9.   10.  $ 3,101.69 +  $ N/A  =  $ 3,101.69
Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse.

11. **State all other regular contributions to the expenses that you list in Schedule J.**
Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.
Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J.*
Specify: _____   11.  +$ 0.00

12. **Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income. Write that amount on the *Summary of Schedules* and *Statistical Summary of Certain Liabilities and Related Data,* if it applies   12.  $ 3,101.69
**Combined monthly income**

13. **Do you expect an increase or decrease within the year after you file this form?**
☑ No.
☐ Yes. Explain: _____

Fill in this information to identify your case:

| | |
|---|---|
| Debtor 1 | **Dianna Moreno** |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF ILLINOIS |
| Case number (If known) | |

Check if this is:

☐ An amended filing

☐ A supplement showing post-petition chapter 13 expenses as of the following date:

_____
MM / DD / YYYY

☐ A separate filing for Debtor 2 because Debtor 2 maintains a separate household

## Official Form B 6J
## Schedule J: Your Expenses                                          12/13

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:    Describe Your Household

1. **Is this a joint case?**

   ■ No. Go to line 2.

   ☐ Yes. **Does Debtor 2 live in a separate household?**

       ☐ No

       ☐ Yes. Debtor 2 must file a separate Schedule J.

2. **Do you have dependents?**   ☐ No

   Do not list Debtor 1 and Debtor 2.

   ■ Yes. Fill out this information for each dependent...........

   Do not state the dependents' names.

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| **Granddaughter** | **22 Years** | ☐ No ■ Yes |
| | | ☐ No ☐ Yes |
| | | ☐ No ☐ Yes |
| | | ☐ No ☐ Yes |

3. **Do your expenses include expenses of people other than yourself and your dependents?**   ■ No   ☐ Yes

### Part 2:    Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 6I).

| | | | Your expenses |
|---|---|---|---|
| 4. | The rental or home ownership expenses for your residence. Include first mortgage payments and any rent for the ground or lot. | 4. $ | 1,545.00 |
| | **If not included in line 4:** | | |
| 4a. | Real estate taxes | 4a. $ | 0.00 |
| 4b. | Property, homeowner's, or renter's insurance | 4b. $ | 0.00 |
| 4c. | Home maintenance, repair, and upkeep expenses | 4c. $ | 0.00 |
| 4d. | Homeowner's association or condominium dues | 4d. $ | 0.00 |
| 5. | **Additional mortgage payments for your residence,** such as home equity loans | 5. $ | 0.00 |

Debtor 1    **Dianna Moreno**                                    Case number (if known)

| | | | | | |
|---|---|---|---|---|---|
| 6. | **Utilities:** | | | | |
| | 6a. | Electricity, heat, natural gas | 6a. | $ | **335.00** |
| | 6b. | Water, sewer, garbage collection | 6b. | $ | **75.00** |
| | 6c. | Telephone, cell phone, Internet, satellite, and cable services | 6c. | $ | **325.00** |
| | 6d. | Other. Specify: | 6d. | $ | **0.00** |
| 7. | **Food and housekeeping supplies** | | 7. | $ | **650.00** |
| 8. | **Childcare and children's education costs** | | 8. | $ | **0.00** |
| 9. | **Clothing, laundry, and dry cleaning** | | 9. | $ | **89.00** |
| 10. | **Personal care products and services** | | 10. | $ | **36.00** |
| 11. | **Medical and dental expenses** | | 11. | $ | **45.00** |
| 12. | **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments. | | 12. | $ | **375.00** |
| 13. | **Entertainment, clubs, recreation, newspapers, magazines, and books** | | 13. | $ | **0.00** |
| 14. | **Charitable contributions and religious donations** | | 14. | $ | **40.00** |
| 15. | **Insurance.** Do not include insurance deducted from your pay or included in lines 4 or 20. | | | | |
| | 15a. | Life insurance | 15a. | $ | **0.00** |
| | 15b. | Health insurance | 15b. | $ | **0.00** |
| | 15c. | Vehicle insurance | 15c. | $ | **100.00** |
| | 15d. | Other insurance. Specify: | 15d. | $ | **0.00** |
| 16. | **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: | | 16. | $ | **0.00** |
| 17. | **Installment or lease payments:** | | | | |
| | 17a. | Car payments for Vehicle 1 | 17a. | $ | **0.00** |
| | 17b. | Car payments for Vehicle 2 | 17b. | $ | **0.00** |
| | 17c. | Other. Specify: | 17c. | $ | **0.00** |
| | 17d. | Other. Specify: | 17d. | $ | **0.00** |
| 18. | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, *Schedule I, Your Income* (Official Form 6I).** | | 18. | $ | **0.00** |
| 19. | **Other payments you make to support others who do not live with you.** Specify: | | 19. | | |
| 20. | **Other real property expenses not included in lines 4 or 5 of this form or on *Schedule I: Your Income*.** | | | | |
| | 20a. | Mortgages on other property | 20a. | $ | **0.00** |
| | 20b. | Real estate taxes | 20b. | $ | **0.00** |
| | 20c. | Property, homeowner's, or renter's insurance | 20c. | $ | **0.00** |
| | 20d. | Maintenance, repair, and upkeep expenses | 20d. | $ | **0.00** |
| | 20e. | Homeowner's association or condominium dues | 20e. | $ | **0.00** |
| 21. | **Other:** Specify:    **Misc** | | 21. | +$ | **100.00** |
| 22. | **Your monthly expenses.** Add lines 4 through 21. The result is your monthly expenses. | | 22. | $ | **3,715.00** |
| 23. | **Calculate your monthly net income.** | | | | |
| | 23a. | Copy line 12 *(your combined monthly income)* from Schedule I. | 23a. | $ | **3,101.69** |
| | 23b. | Copy your monthly expenses from line 22 above. | 23b. | -$ | **3,715.00** |
| | 23c. | Subtract your monthly expenses from your monthly income. The result is your *monthly net income.* | 23c. | $ | **-613.31** |

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**
For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

☑ No.
☐ Yes. Explain:

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re    **Dianna Moreno**

Debtor(s)

Case No.

Chapter    **7**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of __48__ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date    **September 15, 2014**

Signature    **/s/ Dianna Moreno**

**Dianna Moreno**

Debtor

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

B7 (Official Form 7) (04/13)

# United States Bankruptcy Court
## Northern District of Illinois

In re    **Dianna Moreno**                                  Case No.

                                       Debtor(s)            Chapter     **7**

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any persons in control of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(2), (31).

---

**1. Income from employment or operation of business**

None □

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| $72,664.00 | 2012 Employment Income |
| $56,453.00 | 2013 Employment Income |

---

**2. Income other than from employment or operation of business**

None ■

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                 SOURCE

B7 (Official Form 7) (04/13)
2

### 3. Payments to creditors

**None** ■  *Complete a. or b., as appropriate, and c.*

a.  *Individual or joint debtor(s) with primarily consumer debts:*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

**None** ■  b.  *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $6,225*.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|

**None** ■  c.  *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

### 4. Suits and administrative proceedings, executions, garnishments and attachments

**None** ☐  a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Rosewood Care Center, Inc. v Dianna Moreno 7SC1534** | **Complaint** | **In The Sixteenth Circuit Court Kane County Illinois Kane County, Illinois** | **Judgment** |
| **McHenry Heating and Air v Dianna Moreno 12SC3495** | **Complaint** | **McHenry County Circuit Court** | **Judgment** |
| **Internal Revenue Service v Dianna Moreno 3R160434** | **Federal Tax Lien** | **McHenry County Illinois** | **Judgment** |
| **American Family v Dianna Moreno 13 SC 2753** | **Complaint** | **The Circuit Court of The Sixteenth Judicial Circuit Kane County, Illinois** | **Pending** |

**None** ■  b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

*Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

B7 (Official Form 7) (04/13)
3

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

---

**5.  Repossessions, foreclosures and returns**

None
■

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

---

**6.  Assignments and receiverships**

None
■

a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None
■

b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

---

**7.  Gifts**

None
■

List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

---

**8.  Losses**

None
■

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

B7 (Official Form 7) (04/13)

4

### 9. Payments related to debt counseling or bankruptcy

None ☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYER IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Dizon & Young, LLP** <br> **524 W. State Street, Unit 2** <br> **Geneva, IL 60134** | **7/24/13** | **$1,400.00 Attorneys Fees** <br> **$335.00 Filing Fee** |

### 10. Other transfers

None ■

a.  List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

None ■

b.  List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

### 11. Closed financial accounts

None ■

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

### 12. Safe deposit boxes

None ■

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

### 13. Setoffs

None ■

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

B7 (Official Form 7) (04/13)
5

**14.  Property held for another person**

None
■    List all property owned by another person that the debtor holds or controls.

NAME AND ADDRESS OF OWNER          DESCRIPTION AND VALUE OF PROPERTY          LOCATION OF PROPERTY

**15.  Prior address of debtor**

None
■    If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor
occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate
address of either spouse.

ADDRESS                          NAME USED                          DATES OF OCCUPANCY

**16. Spouses and Former Spouses**

None
■    If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho,
Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the
commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in
the community property state.

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous
or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to,
statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or
operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material,
pollutant, or contaminant or similar term under an Environmental Law

None
■    a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable
or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known,
the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■    b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous
Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■    c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which
the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the
docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

B7 (Official Form 7) (04/13)
6

**18 . Nature, location and name of business**

None ■

   a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

   *If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

   *If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
| --- | --- | --- | --- | --- |

None ■

   b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
| --- | --- |

B7 (Official Form 7) (04/13)
7

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date  **September 15, 2014**          Signature   **/s/ Dianna Moreno**

**Dianna Moreno**

Debtor

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

B8 (Form 8) (12/08)

# United States Bankruptcy Court
## Northern District of Illinois

In re    **Dianna Moreno** _____    Case No. _____
_____
                              Debtor(s)    Chapter    **7**

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**PART A -** Debts secured by property of the estate. (Part A must be fully completed for **EACH** debt which is secured by
property of the estate.  Attach additional pages if necessary.)

| Property No. 1 | |
|---|---|
| **Creditor's Name:**<br>**-NONE-** | **Describe Property Securing Debt:** |
| Property will be (check one):<br>☐ Surrendered                ☐ Retained<br><br>If retaining the property, I intend to (check at least one):<br>    ☐ Redeem the property<br>    ☐ Reaffirm the debt<br>    ☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).<br><br>Property is (check one):<br>    ☐ Claimed as Exempt                        ☐ Not claimed as exempt | |

**PART B** - Personal property subject to unexpired leases. (All three columns of Part B must be completed for each unexpired lease.
Attach additional pages if necessary.)

| Property No. 1 | | |
|---|---|---|
| **Lessor's Name:**<br>**-NONE-** | **Describe Leased Property:** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☐ YES         ☐ NO |

B8 (Form 8) (12/08)                                                                                     Page 2


**I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.**


Date   **September 15, 2014**                          Signature   **/s/ Dianna Moreno**

                                                              **Dianna Moreno**
                                                              Debtor

# United States Bankruptcy Court
## Northern District of Illinois

In re   **Dianna Moreno**

Debtor(s)

Case No.

Chapter   **7**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.   Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that
compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to
be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | **1,400.00** |
| Prior to the filing of this statement I have received | $ | **1,400.00** |
| Balance Due | $ | **0.00** |

2.   $  **335.00**   of the filing fee has been paid.

3.   The source of the compensation paid to me was:

   ■ Debtor     ☐ Other (specify):

4.   The source of compensation to be paid to me is:

   ■ Debtor     ☐ Other (specify):

5.   ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A
   copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a.   Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b.   Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c.   Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d.   [Other provisions as needed]
      **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of
      reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC
      522(f)(2)(A) for avoidance of liens on household goods.**

7.   By agreement with the debtor(s), the above-disclosed fee does not include the following service:
      **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or
      any other adversary proceeding.**

| CERTIFICATION |
|---|

   I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in
this bankruptcy proceeding.

Dated:   **September 15, 2014**

**/s/ Gilbert R. Dizon**
**Gilbert R. Dizon 6230872**
**Dizon & Young, LLP**
**524 W. State St., Unit 2**
**Geneva, IL 60134**
**630-571-5670  Fax: 630-689-1302**
**ecf@dizonyoung.com**

## ENGAGEMENT AGREEMENT FOR LEGAL SERVICES

This Engagement Agreement For Legal Services, hereinafter referred to as "Agreement", is hereby entered into by and between **Gilbert R. Dizon, Attorney at Law, P.C.,** hereinafter referred to collectively as "Counsel", and Client in connection with Counsel's representation of Client in **Chapter 7 Bankruptcy**. Pursuant to this Agreement, Counsel and Client agree to as follows:

1.      <u>Retainer for Legal Services.</u> The minimum amount that will be charged for this engagement will be

$_____ ("Retainer"). The retainer paid by Client is considered an advance payment retainer, which means that once paid, the retainer becomes the property of Counsel and will not be deposited into a client trust account, but rather into Counsel's general account. Client agrees and understands that the Advance Payment Retainer is non-refundable once paid due to Counsel's inability to accept other engagements which might conflict with our representation of you. Client has the right to request that the retainer be held in a client trust account as a security retainer allowing Counsel to bill at Counsel's hourly rate of $275.00 per hour against said retainer. However, if such security retainer is requested, Counsel must decline the engagement for practical reasons including the potential accessibility of the security retainer by Client's creditors and increased staff and bookkeeping time required to properly administer a security retainer. **This retainer does not cover representation of Client in any Adversary Proceedings that may be filed against Client by any creditors or the Bankruptcy Trustee. A separate Retainer will be required.**

2.      <u>Additional Costs and Expenses.</u> **In addition to the retainer described above, Client is responsible for the court filing fee in the amount of $306.00.** The retainer described above does not cover the court filing fee and additional costs and expenses relating to the representation of Client by Counsel. Client agrees that he or she is responsible for any and all additional costs and expenses, which may include expenses for postage, photocopies, other professional fees, expert witness fees, credit counseling fees, credit report fees, etc. In the event that Counsel advances any amount towards payment of any additional costs and expenses, Client agrees to reimburse Counsel for said costs and expenses within fifteen (15) days from the date notified by Counsel of said advancement of costs and expenses.

3.      <u>Payment of Retainer and Court Filing Fee.</u> Client understands that the Chapter 7 Bankruptcy Case will not be filed with the U.S. Bankruptcy Court <u>until such time that the Retainer and Court Filing Fees are paid in full.</u>

4.      <u>Additional Fees.</u> This retainer does not cover any legal fees for legal services beyond the preparation of the bankruptcy petition and schedules and attendance of the First Meeting of Creditors. In the event that Counsel is required to appear at any continued First Meeting of Creditors or is required to appear in court to defend against or present any motions on Client's behalf, Client understands that Counsel reserves the right to bill Client for the additional time expended at his hourly rate of $275.00 per hour. Client agrees to pay Counsel for said additional time expended within fifteen (15) days from the date notified by Counsel of said additional time expended.

5.      <u>Client's Obligations.</u> The Client's obligations are as follows:
(a)     To promptly pay all legal fees, charges and the court filing fee.
(b)     To provide Counsel with all requested documents, bills statements, payment advices, bank records, tax returns, tax bills, appraisals, retirement and savings account, and income information and to sign any and all necessary forms to allow Counsel to secure such documentation.
(c)     To provide accurately and honestly all of the information necessary to prepare and file the Chapter 7 bankruptcy case, and other motions or proceedings arising during the course of the case.
(d)     To timely respond to all letters, emails and telephone calls from Counsel or any member of his staff.
(e)     To keep Counsel advised at all times of the Client's mailing and physical addresses, telephone numbers, and email addresses.
(f)     To appear at the first meeting of creditors (the 341 meeting) and at any other court hearings or meetings as may be required by the Court or any other party.
(g)     To keep all scheduled office appointments with Counsel and to notify Counsel in advance of any problems with the timing and scheduling or rescheduling of such appointments.

(h)      To contact Counsel by telephone with the understanding that Counsel is only able to return calls between the hours of 9:00 a.m. and 5:00 p.m. If Counsel is available when the call is actually received, then the call will be taken at that time. However, if you have to leave a message for Counsel then you must provide a number that you can be reached at during the designated times. Counsel or Legal Assistant will make every effort to return all such telephone calls within 24 hours, excluding weekends and holidays.

(i)      To provide any information requested of the Client by the Chapter 7 Trustee, the Bankruptcy Administrator, or any other party in the case, unless the Court rules that the Client is not required to provide such information.

(j)      To respond as soon as possible to any requests made by Counsel or his Legal Assistant.

(k)      To sign a tax authorization form to authorize Counsel to get copies of income tax returns from the respective taxing agencies for a period of two (2) years prior to the filing of your bankruptcy case.

(l)      To provide current bank account information to include monthly statements as requested and online account balances as of the date of the signing of your bankruptcy petition packet.

6.      Attorney Withdrawal from Chapter 7 case, Adversary Proceeding or Contested Matter. Pursuant to the Local Rules of the Bankruptcy Court, Counsel shall remain the responsible attorney of record for the Client in all matters in the case until the case is closed, dismissed or the discharge is entered or until the Attorney is relieved from such representation by order of the Court. The parties agree that just reasons for Counsel to withdraw from the representation of the Client, include but are not limited to the following:

(a)      The failure of the Client to provide complete, truthful and accurate information to Counsel.

(b)      The failure of the Client to comply with the Client's obligations as provided for in this Agreement and in the Local Rules.

(c)      The failure of the Client to comply with any of the obligations imposed on the Client by the Bankruptcy Code and the Bankruptcy Rules.

(d)      The failure or refusal of the Client to comply with the Client's obligations to provide any supplemental information to the Court or to the Chapter 7 Trustee or to correct any incorrect or incomplete information previously provided to the Court or the Trustee.

(d)      The failure of the Client to provide complete, truthful and accurate information to the Court, the Chapter 7 Trustee.

(e)      The failure of the Client to pay for all legal fees and costs.

(f)      If the Client are husband and wife, then any separation, serious domestic dispute, or divorce of the parties.

(g)      Any irreconcilable conflict between Counsel and Client with respect to the case.

7.      Non-Dischargeability of Certain Debts. I have been advised that some debts are not discharged by a Chapter 7 bankruptcy. I understand that **some** of the debts that are not dischargeable are (1) Certain tax debts and other debts or fines owed to governmental units, including parking tickets (2) Debts incurred by fraudulent means, including but not limited to, recent cash advances and other recent usage, (3) Accidents while driving under the influence of drugs or alcohol, (4) Alimony and child support, (5) judgment liens and liens on property, (6) Intentional torts, (7) Credit card charges used to pay State or Federal Taxes, (8) Student Loans owed to the government and non-government agencies, and (8) home owners' or condominium association dues.

**Client has been informed, and fully understands, the following restrictions regarding receiving a discharge in another bankruptcy once Client receives a discharge in this bankruptcy:**
**(a)      A chapter 7 Client may not be granted a discharge if a discharge was received under chapter 7 in a case filed within eight years of the filing of a chapter 7 petition.  (Eight years between chapter 7 discharges).**
**(b)      A chapter 13 Client may not be granted a discharge if he/she received a discharge in a previous chapter 7, 11 or 12 filed within four years of the filing of a chapter 13.  (Four years between chapter 7 and then a chapter 13 discharge).**

8.      Scope of Services. Client understands that Counsel has been hired to represent Client in his/her bankruptcy case only. Bankruptcy provides relief from debt, and as such Client understands that Counsel **has not** been hired to negotiate settlement agreements with Client's creditors or to repair Client's credit. Client agrees to be responsible for insuring the accuracy of his or her own credit report/history.

9.     <u>Representations.</u> Every effort will be made to handle your case promptly and efficiently according to the highest legal and ethical standards.  There have been no representations or guarantees made by Counsel regarding the outcome of this matter.  Any discussion in this regard, past or present, are limited only to estimates based upon Counsel's experience and judgment, but in no event should be considered as a representation, promise or guarantee as to the result which might be obtainable.

10.     <u>Severability.</u> If any clause, phrase, provision or portion of this Agreement or the application thereof to any person or circumstance shall be invalid or unenforceable under applicable law, such invalidity or unenforceability shall not affect, impair or render invalid or unenforceable the remainder of this Agreement nor any other clause, phrase, provision or portion hereof.

11.     <u>Law Governing and Jurisdiction.</u> This Agreement shall be interpreted in accordance with the laws of the State of Illinois and the parties irrevocably consent to the exclusive jurisdiction and venue of the Circuit Court of Kane County, Illinois located in Geneva, Illinois in connection with any action or proceeding arising out of or relating to this Agreement.

**AGREED TO BY:**


_Dianna Moreno_____
**Client**

Date: _____


_____
**Client**

Date: _____


**Gilbert R. Dizon, Attorney at Law, P.C.**
524 W. State Street, Suite B
Geneva, IL 60134
(630) 465-0713

Date: _____

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS

## NOTICE TO CONSUMER DEBTOR(S) UNDER § 342(b)
## OF THE BANKRUPTCY CODE

In accordance with § 342(b) of the Bankruptcy Code, this notice to individuals with primarily consumer debts: (1) Describes briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case.

You are cautioned that bankruptcy law is complicated and not easily described. Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition. Court employees cannot give you legal advice.

Notices from the bankruptcy court are sent to the mailing address you list on your bankruptcy petition.  In order to ensure that you receive information about events concerning your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address.  If you are filing a **joint case** (a single bankruptcy case for two individuals married to each other), and each spouse lists the same mailing address on the bankruptcy petition, you and your spouse will generally receive a single copy of each notice mailed from the bankruptcy court in a jointly-addressed envelope, unless you file a statement with the court requesting that each spouse receive a separate copy of all notices.

## 1. Services Available from Credit Counseling Agencies

**With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis.** The briefing must be given within 180 days **before** the bankruptcy filing. The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator. The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies.  Each debtor in a joint case must complete the briefing.

**In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge.** The clerk also has a list of approved financial management instructional courses.  Each debtor in a joint case must complete the course.

## 2. The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors

### Chapter 7: Liquidation ($245 filing fee, $75 administrative fee, $15 trustee surcharge: Total Fee $335)

Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts. Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7. If your income is greater than the median income for your state of residence and family size, in some cases, the United States trustee (or bankruptcy administrator), the trustee, or creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code. It is up to the court to decide whether the case should be dismissed.

Under chapter 7, you may claim certain of your property as exempt under governing law. A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.

The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.

Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs. Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

### Chapter 13: Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing fee, $75 administrative fee: Total Fee $310)

Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in installments over

Form B 201A, Notice to Consumer Debtor(s)                                                                                                    Page 2

a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, using your future earnings. The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors. The court must approve your plan before it can take effect.

After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

### Chapter 11: Reorganization ($1,167 filing fee, $550 administrative fee: Total Fee $1,717)

Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

### Chapter 12: Family Farmer or Fisherman ($200 filing fee, $75 administrative fee: Total Fee $275)

Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13.  The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

### 3. Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials

A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both. All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:** Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition. Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.  The documents and the deadlines for filing them are listed on Form B200, which is posted at http://www.uscourts.gov/bkforms/bankruptcy_forms.html#procedure.

B 201B (Form 201B) (12/09)

# United States Bankruptcy Court
## Northern District of Illinois

In re  **Dianna Moreno** _____

_____

Debtor(s)

Case No. _____

Chapter **7** _____

## CERTIFICATION OF NOTICE TO CONSUMER DEBTOR(S)
## UNDER § 342(b) OF THE BANKRUPTCY CODE

### Certification of Debtor

I (We), the debtor(s), affirm that I (we) have received and read the attached notice, as required by § 342(b) of the Bankruptcy Code.

**Dianna Moreno** _____

Printed Name(s) of Debtor(s)

X **/s/ Dianna Moreno** _____

Signature of Debtor

**September 15, 2014**

Date

Case No. (if known)  _____

X _____

Signature of Joint Debtor (if any)

Date

---

**Instructions:** Attach a copy of Form B 201 A, Notice to Consumer Debtor(s) Under § 342(b) of the Bankruptcy Code.

Use this form to certify that the debtor has received the notice required by 11 U.S.C. § 342(b) **only** if the certification has **NOT** been made on the Voluntary Petition, Official Form B1.  Exhibit B on page 2 of Form B1 contains a certification by the debtor's attorney that the attorney has given the notice to the debtor.  The Declarations made by debtors and bankruptcy petition preparers on page 3 of Form B1 also include this certification.

# United States Bankruptcy Court
## Northern District of Illinois

In re    __Dianna Moreno__                                          Case No. _____
                                    Debtor(s)         Chapter    __7__

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors: _____ __147__

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:    __September 15, 2014__              __/s/ Dianna Moreno__
                                    __Dianna Moreno__
                                    Signature of Debtor

1st Choice Physical Therapy
10436 Route 47, Suite 105
Huntley, IL 60142


A-Tec Ambulance, Inc.
198 Thomas Dr.
Sycamore, IL 60178


AAM, Inc.
330 Georgetown Square, Suite 104
Wood Dale, IL 60191


Advanced Cardiology Consultants
1710 N. Randall Rd.
Suite 340
Elgin, IL 60123-9405


Advocate Good Shepherd Hospital
450 W. Highway 22
Barrington, IL 60010


Alexian Brothers Medical Center
P.O. Box 3495
Toledo, OH 43607


Algonquin Road Surgery Center
c/o MNET Financial, Inc.
95 Argonaut, Suite 250
Aliso Viejo, CA 92656-4142


AMCA Collection Agency
2269 S. Saw Mill River Rd.
Building 3
Elmsford, NY 10523


America Online, Inc.
c/o NCO Financial Systems, Inc.
507 Prudential Rd.
Horsham, PA 19044


American Family Insurance
c/o Dennis A Brebner & Associates
860 Northpoint Blvd.
Waukegan, IL 60085-8211

```
Arnold Scott Harris, PC
222 Merchandise Mart Plaza
Suite 1932
Chicago, IL 60654


Arnold Scott Harris, PC
222 Merchandise Mart Plaza
Suite 1932
Chicago, IL 60680-5598


Associated Imaging Specialists
c/o Professional Medical Collection
P.O. Box 1463
Northbrook, IL 60065-1463


Associates in Endocrinology, Inc.
c/o KCA Financial Services, Inc.
P.O. Box 53
Geneva, IL 60134


Associates in Orthopaedic Surgery
c/o NCO Financial Systems, Inc.
507 Prudential Rd.
Horsham, PA 19044


AT&T Broadband
300 Carpenter
Carpentersville, IL 60110


AT&T Mobility
P.O. Box 6428
Carol Stream, IL 60197-6428


AT&T Universal Card
P.O. Box 9999
Columbus, GA 31997-0001


Barrington Cardiology, SC
912 W. Northwest Highway, #100
Fox River Grove, IL 60021


Barrington Reab & Sports Therapy
27401 W. Highway 22, Suite 107
Barrington, IL 60010
```

Bonded Collection Corporation
P.O. Box 1022
Wixom, MI 48393-1022


C.B. Accounts, Inc.
Dept 0092
P.O. Box 25
Arrowsmith, IL 61722-0025


Capital One
P.O. Box 85015
Richmond, VA 23285-5015


Cardiomedix, Inc.
1801 Maple Ave.
Evanston, IL 60201


Centegra Hospital - Woodstock
c/o AAMS
4800 Mills Civic Parkway
West Des Moines, IA 50265-5265


Centegra Hospital - Woodstock
P.O. Box 1990
Woodstock, IL 60098-1990


Centegra Primary Care
13707 W. Jackson St.
Woodstock, IL 60098


Centrega Primary Care
c/o Harris & Harris, Ltd.
P.O. Box 5598
Chicago, IL 60680-5598


CEP America
c/o Stanislaus Credit Control Serv
P.O. Box 480
Modesto, CA 95353


Charles G. McCarthy, Jr.
P.O. Box 1045
Bloomington, IL 61702

Chase Auto
Attn: National Bankruptcy Dept
Po Box 295015
Phoenix, AZ 85038


Check n Go of Illinois, Inc.
945 McLean Blvd.
Elgin, IL 60123


City of Chicago
33589 Treasury Center
Chicago, IL 60694-3500


City of Chicago EMS
33589 Treasury Center
Chicago, IL 60694


Comcast
c/o Credit Protection Association
13355 Noel Rd.
Dallas, TX 75240


Computer Credit, Inc.
P.O. Box 5238
Winston Salem, NC 27113-5238


Cosmetic & Plastic Surgery Assoc.
1786 Moon Lake Blvd, #205
Hoffman Estates, IL 60194-1067


Crafter's Choice
c/o North Shore Agency, Inc.
117 Cuttermill Rd.
Great Neck, NY 11021


Culligan Water Conditioning
380 Memorial Dr.
Crystal Lake, IL 60014


Dependicare
c/o Rockford Mercanitle Agency, Inc
2502 S. Alpine Rd.
Rockford, IL 61108

```
Dish Network
c/o GC Services
6330 Gulfton
Houston, TX 77081


Elgin Anesthesiologists, SC
c/o A/R Concepts, Inc.
33 W. Higgins Rd., Suite 715
South Barrington, IL 60010


Elgin Cardiology SC
915 Center St., Suite 2001
Elgin, IL 60120-2112


Elgin Foot & Ankle Center
c/o Transworld Systems
2235 Murcury Way, Suite 275
Santa Rosa, CA 95407-5413


Elgin Nephrology Associates, SC
c/o FFCC-Columbus, Inc.
1550 Old Henderson Rd., Suite 100
Columbus, OH 43220-3626


Elgin Radiology Associates
c/o Tri County Accounts Bureau, Inc
232 W. Willow Ave.
Wheaton, IL 60189-0515


Elgin Radiology Associates
Dept. 77-9145
Chicago, IL 60678


Elk Grove Radiology, SC
c/o Creditors Discount & Audit, Co.
415 Main St.
Streator, IL 61364


Enloe Drugs, LLC
796 N. Sunnyside Rd.
Decatur, IL 62522


EOS CCA
700 Longwater Dr.
Norwell, MA 02061
```

Fox Valley Ear Nose & Throat Assoc
1015 Summit St.
Elgin, IL 60120-4362


Fox Valley Laboratory Physicians
P.O. Box 5133
Chicago, IL 60680-5133


Fox Valley Ophthalmology
750 Fletcher Dr., Suite 106
Elgin, IL 60123


GC Services Limited Partnership
6330 Gulfton
Houston, TX 77081


General & Vascular Surgery, Ltd.
1795 Grandstand Pl.
Elgin, IL 60123


Germbusters
75 Remittance Dr., Suite 6524
Chicago, IL 60675-6524


GK Medical Management
8930 Waukegan Rd., Suite 210
Morton Grove, IL 60053-2116


Great Lakes Specialty Finance, Inc.
d/b/a Check N Go
945 McLean Blvd.
Elgin, IL 60123


Greater Elgin Emergency Specialists
c/o Creditors Collection
P.O. Box 63
Kankakee, IL 60901-0063


Greater Elgin Emergency Specialists
c/o Creditors Collection Bureau Inc
Dept 3256   P.O. Box 1259
Oaks, PA 19456

Greater Elgin Emergency Specialists
c/o Creditors Collection Bureau Inc
Dept. 3256   P.O. Box 1259
Oaks, PA 19456


Guthy-Renker
P.O. Box 11451
Des Moines, IA 50336


Harvard Collection Services, Inc.
4839 N. Elston Ave.
Chicago, IL 60630-2534


Heartland Financial Services
P.O. Box 3972
Minneapolis, MN 55403-0972


Hoffman Estates Medical Center
c/o Asset Care
P.O. Box 620428
Atlanta, GA 30362


Huntley Fire Protection District
P.O. Box 457
Wheeling, IL 60090


I.C. System, Inc.
444 Highway 96 East
P.O. Box 64437
Saint Paul, MN 55164-0437


Illinois Department of Revenue
PO BOX 19035
Springfield, IL 62794


Illinois Department of Revenue
101 W. Jefferson St.
Springfield, IL 62702


Illinois Tollway Authority
2700 Ogden Ave
Downers Grove, IL 60515

```
Impact
180 N. Executive Dr.
Suite 300
Brookfield, WI 53005-6048


Infinite Mind
P.O. Box 406
Farmingdale, NY 11735-0406


Internal Revenue Service
P.O. BOX 7346
Philadelphia, PA 19101-7346


Internal Revenue Service
Department of the Treasury
Kansas City, MO 64999-0010


Internal Revenue Service
P.O. Box 7317
Philadelphia, PA 19101-7317


Internal Revenue Service
2970 Market St.
Mail Stop 5-Q30.133
Philadelphia, PA 19104-5016


ISA Acceptance Corporation
P.O. Box 17055
Saint Paul, MN 55117


Jackson Insulation & Exteriors Co.
4508 E. Crystal Lake Ave.
Crystal Lake, IL 60014


Kinetic Concepts, Inc.
P.O. Box 203084
Houston, TX 77216-3084


Lake Cook Orthopedic Associates
27401 W. Highway 22
Suite 125
Barrington, IL 60010
```

Mark Drug Medical Supply
548A W. Dundee Rd.
Wheeling, IL 60090


MARS
7077 Orangewood Ave.
Suite 100
Garden Grove, CA 92841


Mayo Clinic
P.O. Box 4003
Rochester, MN 55903-4003


McHenry County
c/o Alliance One Receivables
6565 Kimball Dr., Suite 200
Gig Harbor, WA 98335


McHenry Heating and Air
4561 Prime Parkway
McHenry, IL 60050


MEA-SJMC
P.O. Box 5990
Carol Stream, IL 60197


Medco Financial Associates, Inc.
P.O. Box 525
Gurnee, IL 60031


Medical Recovery Specialists, Inc.
2250 E. Devon Ave., Suite 352
Des Plaines, IL 60018-4519


Merchants' Credit Guide Co.
223 W. Jackson Blvd.
Chicago, IL 60606


Mercury Finance
4413 Roosevelt Rd., Suite 101B
Hillside, IL 60162

Mercy Health Physicians
c/o Americollect, Inc.
1851 S. Alverno Rd.
Manitowoc, WI 54220


Midwest Diagnostic Pathology, SC
75 Remittance Dr., Suite 3070
Chicago, IL 60675-3070


MiraMed Revenue Group, LLC
P.O. Box 536
Linden, MI 48451-0536


Mohamed K Ghumra, MD
c/o Medco Financial Associates, Inc
P.O. Box 525
Gurnee, IL 60031


NCO Financial Systems, Inc.
600 Holiday Plaza Dr.
Suite 300
Matteson, IL 60443


Neil J. Greene
250 Parkway Dr., Suite 280
Lincolnshire, IL 60069-4321


New View Diagnostic
2844 Collection Center Dr.
Chicago, IL 60693


Northwest Suburban Imaging
34659 Eagle Way
Chicago, IL 60678


Northwest Suburban Imaging Assoc,
34659 Eagle Way
Chicago, IL 60678-1346


Ophthalmology Associates Ltd
1670 Capital St.
Suite 100
Elgin, IL 60124-7837

Orthopedic & Spine Surgery Assoc
c/o Phillip J. Rotche & Associates
320 S. Westmore
Lombard, IL 60148


Oyster Bay Club
903 Commerce Dr.
Oak Brook, IL 60523


Payco General American Credits, Inc
180 N. Executive Dr.
Brookfield, WI 53005-6053


Perimeter Credit, LP
c/o Financial Asset Management
P.O. Box 80160
Atlanta, GA 30366


Perimeter Credit, LP
P.O. Box 105346
Atlanta, GA 30348-5346


PMG  II
c/o Receivable Management
P.O. Box 44414
Eden Prairie, MN 55344


Pradip Sethi, MD, SC
860 Summit St., Suite 154
Elgin, IL 60120


Pro Dental Care
1150 Spring Hill Mall
Dundee, IL 60118-1258


Professional Associates
P.O. Box 262
Crete, IL 60417


Prosthetic Lab of Rochester
c/o Thomas E. Jolas, PC
202 First St., N.W.
Mason City, IA 50401

Prosthetic Orthotic Center, Ltd.
1216 S. 3rd St.
La Crosse, WI 54601


Provena St. Joseph Hospital
c/o Armor Systems Corp.
1700 Kiefer Dr., Suite 1
Zion, IL 60099


Pulmonary & Critical Care Medicine
901 Center St., Suite 103
Elgin, IL 60120


Quest Diagnostics
PO BOX 809403
Chicago, IL 60680


QVC
c/o Penn Credit Corporation
P.O. Box 988
Harrisburg, PA 17108-0988


Randall Medical Imaging Center
1710 N. Randall Rd., Suite 180
Elgin, IL 60123


Revenue Cycle Partners
2870 Stoner Court, Suite 300
North Liberty, IA 52317


Rheumatology Associates
c/o Transworld Systems Inc.
507 Prudential Rd.
Horsham, PA 19044


RMC Emergency Physicians
c/o Illinois Collection Service Inc
P.O. Box 646
Oak Lawn, IL 60454-0646


Rosewood Care Center, Inc.
c/o Daniel L. Maher
412 E. Lawrence Ave.
Springfield, IL 62703

Ruth P. Walz Thompson
P.O. Box 271001
Flower Mound, TX 75027


Rutland-Dundee Fire Department
P.O. Box 203
Gilberts, IL 60136


SBC Illinois
c/o Allied Interstate
800 Interchange West
Minneapolis, MN 55426-1096


Sherman Home Care Partner
P.O. Box 377
Roscoe, IL 61073-0377


Sherman Hospital
c/o Harris & Harris
111 W. Jackson Blvd., Suite 400
Chicago, IL 60604


Signet Bank Card
P.O. Box 85547
Richmond, VA 23285-5547


Source One Medical, Inc.
38 Tesla, Suite 150
Irvine, CA 92618


Southwest Credit
5910 W. Plano Parkway
Suite 100
Plano, TX 75093-4638


Specialists in Gastroenterology
c/o Dependon Collection Service Inc
P.O. Box 4983
Oak Brook, IL 60522-4983


Specialty Merchandise Co.
c/o National Business Division
27300 W. Eleven Mile Rd., Suite 400
Southfield, MI 48037

St. Alexius Medical Center
c/o Computer Credit, Inc.
640 W. Fourth St., P.O. Box 5238
Winston Salem, NC 27113-5238


Sunset Lawns, Inc.
c/o Activity Collection Service Inc
664 Milwaukee Ave.
Prospect Heights, IL 60070


Superior Recovery Systems
3000 Dundee Rd., Suite 410
Northbrook, IL 60062


TCI Cable of Northern Illinois
300 Carpenter
Carpentersville, IL 60110


The CBE Group, Inc.
131 Tower Park St., Suite 100
Waterloo, IA 50701


Transworld Systems, Inc.
25 Northwest Point Blvd.
#750
Elk Grove Village, IL 60007


Tri-County Emergency Physician
P.O. Box 98
Barrington, IL 60011-0098


Triad Radiology & Imaging
c/o ATG Credit
1700 W. Corland St., Suite 201
Chicago, IL 60622


United Anesthesia Associates
c/o Medical Business Bureau
P.O. Box 1219
Park Ridge, IL 60068-7219


United Credit National Bank
c/o Genesis Financial Solutions
P.O. Box 18008
Hauppauge, NY 11788-8808

Urology, LTD
c/o I C Systems Collections
P.O. Box 64378
Saint Paul, MN 55164-0378


US Bank
P.O. Box 5227
Cincinnati, OH 45202-5227


USPS Eagan Accounting Reconciliatio
c/o Receivable Management Services
305 Fellowship Rd., Suite 100
Mount Laurel, NJ 08054


Van R Credit Corporation
10024 Skokie Blvd., Suite 3
Skokie, IL 60077


West Dundee Fire Department
P.O. Box 1368
Elmhurst, IL 60126


Youthful Essence
c/o SKO Brenner American, Inc.
40 Daniel St., P.O. Box 230
Farmingdale, NY 11735-0230


Z-TEL
c/o Asset Acceptance, LLC
P.O. Box 2036
Warren, MI 48090-2036